Michael DIAMOND, Plaintiff–Appellant,

v.

**SHERIFF OF BROWARD COUNTY SHERIFF'S OFFICE, Al Lamberti, in his official capacity, Michael A. Corbett, et al., Defendants–Appellees.**

No. 08–12389

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 12, 2008.

Richard B. Doyle, Jr., Loughren & Doyle, P.A., Ft Lauderdale, FL, for Plaintiff–Appellant.

Justin David Grosz, Billing, Cochran, Lyles, Mauro & Ramsey, P.A., Ft Lauderdale, FL, for Defendants–Appellees.

Before BLACK, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Michael Diamond appeals the district court's grant of summary judgment in his 42 U.S.C. § 1983 action in favor of Alfred Lamberti, in his official capacity as Sheriff of Broward County Sheriff's Office (BSO), and BSO Officers Michael A. Corbett and James M. Garrison. Specifically, Diamond asserts there is a genuine issue of material fact as to whether Corbett and Garrison deprived Diamond of his right to be free from unreasonable search and seizure under the Fourth Amendment, and that Corbett and Garrison are not entitled to quali-

fied immunity. Diamond further asserts the policies and procedures of BSO allowed for activities by its police officers which violated the Fourth Amendment rights of Diamond and that BSO's failure to properly train and supervise its officers resulted in the violation of Diamond's Fourth Amendment rights.

After review of the record and the parties' briefs, we affirm for the reasons stated in the district court's well-reasoned Order on Motions for Summary Judgment entered on April 1, 2008.

**AFFIRMED.**